■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BAKEMIA McVAY, Appellant. [823 NYS2d 750]—Judgment, Supreme Court, New York County (Richard Carruthers, J.), rendered on or about September 29, 2003, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Andrias, Saxe, Marlow and Nardelli, JJ.